1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULISSA COTA, individually and on behalf of all others similarly situated, | Case No. 3:20-cv-02047-DMS-JLB |
| Plaintiff, | **ORDER GRANTING JOINT MOTION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT** |
| vs. | |
| BANK OF AMERICA CORPORATION, a Delaware corporation; and DOES 1 to 10, inclusive, | |
| Defendants. | |

1    Based on the Parties' Joint Motion to Extend Time for Defendant to Respond

2  to Complaint, and good cause having been shown, the Court hereby orders that

3  Defendant's responsive pleading deadline is continued to March 17, 2021.

4    **IT IS SO ORDERED.**

5

6  Dated:  February 16, 2021

7                                         Hon. Dana M. Sabraw, Chief Judge

8                                         United States District Court

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 3:20-cv-02047-DMS-JLB                                          **ORDER GRANTING JOINT MOTION TO**
                                                    1                   **EXTEND TIME FOR DEFENDANT TO**
                                                                        **RESPOND TO COMPLAINT**