UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULISSA COTA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA CORPORATION, a Delaware corporation; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No. 3:20-cv-02047-DMS-JLB<br><br>Hon. Dana M. Sabraw<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT**<br><br>[S.D. Cal. Local Rule 12.1] |

Based on the Parties' Joint Motion to Extend Time for Defendant to Respond to Complaint, and good cause having been shown, the Court hereby orders that Defendant's responsive pleading deadline is continued to April 16, 2021.

Dated:  March 17, 2021

_____
Hon. Dana M. Sabraw, Chief Judge
United States District Court