| | |
|---|---|
| 1 | WILSHIRE LAW FIRM |
| 2 | Thiago Coelho, SBN 324715<br>thiago@wilshirelawfirm.com |
| 3 | 3055 Wilshire Blvd., 12th Floor<br>Los Angeles, CA 90010 |
| 4 | Tel:   213.381.9988<br>Fax:   213.381.9989 |
| 5 | Attorneys for Plaintiff |
| 6 | JULISSA COTA |
| 7 | MORGAN, LEWIS & BOCKIUS LLP<br>Kathy H. Gao, SBN 259019 |
| 8 | kathy.gao@morganlewis.com<br>300 South Grand Avenue |
| 9 | Twenty-Second Floor<br>Los Angeles, CA  90071-3132 |
| 10 | Tel:   +1.213.612.2500<br>Fax:   +1.213.612.2501 |
| 11 | Attorneys for Defendant |
| 12 | BANK OF AMERICA, NATIONAL<br>ASSOCIATION (incorrectly sued herein as |
| 13 | BANK OF AMERICA CORPORATION) |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULISSA COTA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA CORPORATION, a Delaware corporation; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No. 3:20-cv-02047-LL-JLB<br><br>Hon. Linda Lopez<br><br>**JOINT MOTION TO DISMISS CASE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>[S.D. Cal. Local Rule 7.2] |

Case No. 3:20-cv-02047-DMS-JLB

**JOINT MOTION TO DISMISS CASE**

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB2/ 42916111.1

Pursuant to Local Rule 7.2, Plaintiff Julissa Cota ("Plaintiff") and Defendant Bank of America, National Association (incorrectly sued herein as Bank of America Corporation) ("Defendant") (Plaintiff and Defendant collectively referred to as the "Parties") hereby jointly move as follows:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties hereby voluntarily agree to dismiss all of Plaintiff's claims and causes of action asserted in the above-captioned action with prejudice as to Plaintiff individually and without prejudice as to any absent putative class member. The Parties respectfully request that this Court enter an Order effectuating dismissal of this action accordingly.

The Parties will bear their own fees and costs.

Dated: March 30, 2022          WILSHIRE LAW FIRM

                               By  */s/ Thiago Coelho*
                                   Thiago Coelho
                                   Attorney for Plaintiff
                                   JULISSA COTA

Dated: March 30, 2022          MORGAN, LEWIS & BOCKIUS LLP

                               By  */s/ Kathy H. Gao*
                                   KATHY H. GAO
                                   Attorney for Defendant
                                   BANK OF AMERICA, NATIONAL ASSOCIATION

### SIGNATURE ATTESTATION

I hereby attest that all signatories listed above, on whose behalf this joint motion is submitted, concur in the filing's content and have authorized the filing.

Dated: March 30, 2022          MORGAN, LEWIS & BOCKIUS LLP

                               By  */s/ Kathy H. Gao*
                                   KATHY H. GAO
                                   Attorney for Defendant
                                   BANK OF AMERICA, NATIONAL ASSOCIATION