UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULISSA COTA, individually and on behalf of all others similarly situated,<br><br>                                          Plaintiff,<br>v.<br><br>BANK OF AMERICA CORPORATION, a Delaware corporation; and DOES 1 to 10, inclusive,<br><br>                                         Defendants. | Case No.: 20cv2047-LL-JLB<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS CASE**<br><br>**[ECF No. 31]** |

     Based upon the Parties' Joint Motion for Dismissal [ECF No. 31], and good cause, the Court hereby orders this action to be dismissed with prejudice as to the named Plaintiff and without prejudice as to the putative class. Each party is to bear their own attorneys' fees and costs. The Clerk of Court shall close the case.

     **IT IS SO ORDERED.**

Dated:  March 30, 2022

_____
Honorable Linda Lopez
United States District Judge